UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

CASE NO.: 2:20–cv–05032–VAP–JPR          DATE: December 29, 2020

TITLE:     SUNG CHOI v. MARGARITAS MEXICAN GRILL, INC. et al

Present: The Honorable: <u>VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                                   <u>  N/A   </u>
Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                        Not Present

**Proceedings:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (IN CHAMBERS)**

Plaintiff is hereby ordered to show cause in writing by not later than **January 5, 2021** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Proof of service of summons and complaint

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Court's Order will result in the dismissal of the action.

IT IS SO ORDERED.

: <u>00</u>

**Initials of Preparer  cch**