SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
SUNG CHOI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARGARITAS MEXICAN GRILL, INC.;<br>D'EGIDIO BROTHERS IV, LLC; and<br>DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-05032 VAP (JPRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT D'EGIDIO BROTHERS IV, LLC** |

　　　**PLEASE TAKE NOTICE** that Plaintiff SUNG CHOI ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant D'EGIDIO BROTHERS IV, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　　(a) **Voluntary Dismissal.**

　　　　　(1)　　*Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

1           (i)     A notice of dismissal before the opposing party serves either an

2           answer or a motion for summary judgment.

3 Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary

4 judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

8 DATED:  February 11, 2021    SO. CAL. EQUAL ACCESS GROUP

10           By:     */s/   Jason J. Kim*

11                Jason J. Kim

12                Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**